**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MARTIN BELTRAN, as an individual, on behalf of himself, the general public, and those similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>KOHLER CO.,<br><br>    Defendant. | CASE NO.: 4:25-CV-09633-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT KOHLER CO.'S MOTION TO DISMISS THE COMPLAINT**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

# ORDER

Having considered the parties' Stipulation to Extend Time to Respond to the Complaint and Modify Briefing Schedule for Defendant's Motion to Dismiss the Complaint ("Stipulation"), the Court **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED** that:

1. Defendant shall have until January 8, 2026 to respond to the Complaint;

2. Plaintiff shall file his opposition papers to the anticipated Motion to Dismiss the Complaint by February 5, 2026; and

3. Defendant shall file its reply papers in support of its Motion to Dismiss the Complaint by February 26, 2026.

**IT IS SO ORDERED.**

Dated: 12/4/2025

Hon. Haywood S. Gilliam, Jr.
United States District Judge