GREENBERG TRAURIG, LLP
Nina D. Boyajian (SBN 246415)
*Nina.Boyajian@gtlaw.com*
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant Kohler Co.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

MARTIN BELTRAN, as an individual, on behalf of himself, the general public, and those similarly situated,

Plaintiff,

vs.

KOHLER CO.,

Defendant.

CASE NO.: 4:25-CV-09633-HSG

**DEFENDANT KOHLER CO.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT**

*[Motion to Dismiss the Complaint; Declaration of Jacob Gallipeau in Support of Motion to Dismiss; [Proposed] Order Granting Motion to Dismiss; Declaration of Nina D. Boyajian in Support of Request for Judicial Notice; and [Proposed] Order Granting Request for Judicial Notice filed concurrently*]

Date: March 5, 2026
Time: 2:00 p.m.
Place: Courtroom 2, 4th Floor

Action Filed: November 7, 2025

Judge: Hon. Haywood S. Gilliam, Jr.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 5, 2026, at 2:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Haywood S. Gilliam, Jr., United States District Judge for the Northern District of California, located in Courtroom 2, at Ronald V. Dellums Federal Building & United States Courthouse, 1301 Clay Street, 4th Floor, Oakland, California 94102, Defendant Kohler Co. ("Kohler") will and hereby does respectfully request that the Court consider the following material, which is attached to and authenticated by the concurrently filed Declaration of Nina D. Boyajian ("Boyajian Declaration") in support of this Request for Judicial Notice ("RJN"), when ruling on Kohler's concurrently filed Motion to Dismiss Plaintiff Martin Beltran's Complaint pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6):

**Exhibit 1**: Senate Committee on Public Safety Bill Analysis, California Senate Bill 690, 2025-2026 Reg. Sess. (Apr. 29, 2025).

**Exhibit 2**: California Senate Bill 690, 2025-2026 Reg. Sess. (Feb. 21, 2025).

**Exhibit 3**: Assembly Committee on Appropriations Bill Analysis, California Assembly Bill 929, 2015-2016 Reg. Sess. (Apr. 29, 2015).

**Exhibit 4**: Assembly Floor Bill Analysis, Assembly Bill 929, 2015-2016 Reg. Sess. (July 6, 2015).

**Exhibit 5**: Assembly Committee on Privacy and Consumer Protection Bill Analysis, California Assembly Bill 929, 2015-2016 Reg. Sess. (Apr. 21, 2015).

These exhibits may be properly considered in connection with Kohler's concurrently filed Motion to Dismiss the Complaint because each exhibit is subject to judicial notice under Federal Rule of Evidence 201.

Dated: January 8, 2026 GREENBERG TRAURIG, LLP

By */s/ Nina D. Boyajian*
Nina D. Boyajian
Attorneys for Defendant Kohler Co.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Judicial notice of Exhibits 1 through 5—the California Legislature's materials concerning the enactment of the provisions of the California Invasion of Privacy Act ("CIPA") at issue in the Complaint—is proper. Under Federal Rule of Evidence 201, the Court may take judicial notice of matters that are "either (1) generally known within the trial court's territorial jurisdiction, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice is mandatory when a "party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2). Exhibits 1 through 5, attached to the Boyajian Declaration, are matters of which this Court may take judicial notice because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Accordingly, judicial notice of Exhibits 1 through 5 is required.

Courts regularly take judicial notice of legislative materials published on a government website. *See, e.g.*, *Chamber of Com. of U.S. v. Becerra*, 438 F. Supp. 3d 1078, 1088 n.1 (E.D. Cal. 2020) ("The court takes judicial notice of the various legislative materials related to AB 51 located on the Official California Legislative Information Website, as publicly available government documents whose contents cannot reasonably be questioned."); *Gerritsen v. Warner Bros. Ent. Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015) ("Under Rule 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies.") (citation omitted).

Therefore, the Court may properly consider the legislative materials—bill analyses for Assembly Bills 690 and 929 and the bill itself for Assembly Bill 929—attached as Exhibits 1-5. *See Becerra*, 438 F. Supp. 3d at 1088 n.1.

For these reasons, Kohler respectfully requests that the Court consider Exhibits 1-5 to the Boyajian Declaration when ruling on Kohler's Motion to Dismiss the Complaint.

Dated: January 8, 2026 GREENBERG TRAURIG, LLP

By: */s/ Nina D. Boyajian*
Nina D. Boyajian
Attorneys for Defendant Kohler Co.