**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
  marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**
Nina D. Boyajian (State Bar No. 246415)
  nina.boyajian@gtlaw.com
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN BELTRAN, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>KOHLER CO.,<br><br>                              Defendant. | CASE NO. 4:25-cv-09633-HSG<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Served:        November 18, 2025<br>Motion To Dismiss Filed:   January 8, 2026<br>Hearing re Motion to Dismiss: March 5, 2026 |

Plaintiff Martin Beltran ("Plaintiff") and Defendant Kohler Co. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Class Action Complaint ("Complaint") in this action on November 7, 2025 (Dkt. No. 1);

WHEREAS, Plaintiff served Defendant with a copy of the Complaint on November 18, 2025;

WHEREAS, Defendant filed a Motion to Dismiss the Complaint (the "Motion") on January 8, 2026 (Dkt. No. 14);

WHEREAS, pursuant to the Court's Order entered December 3, 2025, Plaintiff's current deadline to file an Opposition to Defendant's Motion is February 6, 2026, and Defendant's current deadline to file a Reply to Plaintiff's Opposition to Defendant's Motion is February 26, 2026;

WHEREAS, the hearing on Defendant's Motion is set for March 5, 2026 at 2:00 p.m. in

Oakland, Courtroom 2, 4th Floor;

WHEREAS, the parties have conferred in an attempt to resolve this matter and require additional time to continue discussions.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to Local Rule 6-2, by the Plaintiff and Defendant and subject to the Court's approval, that:

1.    Plaintiff's deadline to file the Opposition to Defendant's Motion is extended to February 19, 2026;

2.    Defendant's deadline to file the Reply to Plaintiff's Opposition to Defendant's Motion is extended to March 12, 2026; and

3.    The Hearing on Defendant's Motion is extended to April 2, 2026 at 2:00 p.m. in Oakland, Courtroom 2, 4th Floor.

Dated: February 4, 2026

**GUTRIDE SAFIER LLP**

/s/Seth A. Safier

Seth A. Safier (State Bar No. 197427)
 seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
 marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
 todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469

*Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**

/s/Nina D. Boyajian

Nina D. Boyajian (State Bar No. 246415)
 nina.boyajian@gtlaw.com
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700
Facsimile:  (310) 586-7800

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/5/2026

_____
District Judge Haywood S. Gilliam, Jr.

STIPULATION WITH ORDER – CASE NO. 4:25-cv-09633-HSG