**GUTRIDE SAFIER LLP**
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**
Nina D. Boyajian (State Bar No. 246415)
nina.boyajian@gtlaw.com
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN BELTRAN, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHLER CO.,<br><br>Defendant. | CASE NO. 3:25-cv-09633-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Served: November 18, 2025 |

Plaintiff Martin Beltran ("Plaintiff") and Defendant Kohler Co. ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Class Action Complaint ("Complaint") in this action on November 7, 2025 (Dkt. No. 1);

WHEREAS, Plaintiff served Defendant with a copy of the Complaint on November 18, 2025;

WHEREAS, Defendant filed a Motion to Dismiss the Complaint (the "Motion") on January 8, 2026 (Dkt. No. 14);

WHEREAS, the Parties have reached a settlement, and they are in the process of completing the settlement agreement and filing dismissal papers.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by the Plaintiff and Defendant and subject to the Court's approval, that:

1. The Parties respectfully request that the Court vacate all pending deadlines and case-related events;

2. The Court order the Parties to dismiss this action within sixty (60) days or to otherwise file a joint status statement by that date.

Dated: February 17, 2026

**GUTRIDE SAFIER LLP**

/s/Seth A. Safier
Seth A. Safier (State Bar No. 197427)
seth@gutridesafier.com
Marie A. McCrary (State Bar No. 262670)
marie@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
todd@gutridesafier.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469

*Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**

/s/Nina D. Boyajian
Nina D. Boyajian (State Bar No. 246415)
nina.boyajian@gtlaw.com
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _________________ __, 2026

_______________________________________
District Judge Haywood S. Gilliam, Jr.